**Form 668 (Z)**
(Rev. 10-2000)

3866

Department of the Treasury - Internal Revenue Service

## Certificate of Release of Federal Tax Lien

| Area:<br>WAGE & INVESTMENT AREA #7<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>660134822 | For Use by Recording Office |
|---|---|---|

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ____April 18____ ____2001____ , is authorized to note the books to show the release of this lien for these taxes and additions.

**MC 08 - 00021**

F I L E D
Clerk
District Court

APR 2 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Name of Taxpayer**
SABLAN CONSTRUCTION CO LTD , a Corporation

Residence PO BOX 501430
         SAIPAN, MP 96950-1430

COURT RECORDING INFORMATION:
Liber  P  e  UCC No.  Serial No.
n/a   n/a  01-705    n/a

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/2000 | 98-6018599 | 06/19/2000 | 07/19/2010 | 22050.73 |
| 941 | 09/30/2000 | 98-6018599 | 12/11/2000 | 01/10/2011 | 22379.05 |
| 941 | 12/30/2000 | 98-6018599 | 03/12/2001 | 04/11/2011 | 18055.85 |
| 941 | 06/30/2020 | 98-6018599 | 09/04/2000 | 10/04/2010 | 22982.00 |
| ******* | ********** | ************* | ************ | ************ | **************** |

| Place of Filing<br>US DISTRICT COURT OF CNMI<br>PO BOX 500687<br>Saipan, MP 96950 | Total | $ | 85467.63 |
|---|---|---|---|

This notice was prepared and signed at ____SAN JUAN, PR____ , on this,

| Signature  *K. A. Mitchell* | Title Director, Campus Compliance Operations |
|---|---|

Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - RECORDING OFFICE**

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261